**EXHIBIT 1**



OKLAHOMA State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| Hite Plastics Inc,<br>    Plaintiff,<br>v.<br>Scottsdale Insurance Company,<br>    Defendant. | **No. CJ-2016-4634**<br>**(Civil relief more than $10,000: BAD FAITH INSURER LIABILITY)**<br><br>Filed: 09/09/2016<br><br>Judge: Andrews, Don |

## PARTIES

Hite Plastics Inc, Plaintiff
Scottsdale Insurance Company, Defendant

## ATTORNEYS

| **Attorney** | **Represented Parties** |
|---|---|
| WADDELL,  JASON (Bar #30761)<br>222 NW 13th STREET<br>OKC, OK 73103 | Hite Plastics Inc, |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**         Issue: BAD FAITH INSURER LIABILITY (INSURE)
Filed By: Hite Plastics Inc
Filed Date: 09/09/2016

| Party Name | Disposition Information |
|---|---|
|  | Pending. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 09-09-2016 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 09-09-2016 | INSURE | BAD FAITH INSURER LIABILITY | | | |
| 09-09-2016 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 09-09-2016 | PFE1 | PETITION | | | $ 163.00 |
| 09-09-2016 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 09-09-2016 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 09-09-2016 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 09-09-2016 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 09-09-2016 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 09-09-2016 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 09-09-2016 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 09-09-2016 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 09-09-2016 |  | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 09-09-2016 |  | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 09-09-2016 | | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 09-09-2016 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 09-09-2016 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 09-09-2016 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 10.00 |
| 09-09-2016 | EAA | ENTRY OF APPEARANCE BY JASON WADDELL, ATTORNEY FOR PLAINTIFF<br>Document Available (#1033974928) 📄TIFF<br>📄PDF | | | |
| 09-09-2016 | P | PETITION<br>Document Available (#1034084736) 📄TIFF<br>📄PDF | | | |
| 09-09-2016 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE ANDREWS, DON TO THIS CASE. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 09-09-2016 | ACCOUNT | RECEIPT # 2016-3955124 ON 09/09/2016. PAYOR: JASON WADDELL PC TOTAL AMOUNT PAID: $ 242.14.<br>LINE ITEMS:<br>CJ-2016-4634: $173.00 ON AC01 CLERK FEES.<br>CJ-2016-4634: $6.00 ON AC23 LAW LIBRARY FEE.<br>CJ-2016-4634: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2016-4634: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2016-4634: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2016-4634: $7.00 ON AC64 DISPUTE MEDIATION FEES.<br>CJ-2016-4634: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2016-4634: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2016-4634: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2016-4634: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2016-4634: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | | |
| 09-23-2016 | SMS | SUMMONS RETURNED, SERVED SCOTTSDALE INSURANCE CO. 9-12-16<br>Document Available (#1034712713) TIFF PDF | | | |