IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HITE PLASTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:16-cv-01149-C |
| ) | |
| SCOTTSDALE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, by and through their undersigned attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), for dismissal of this action in its entirety, with prejudice to refiling.

Dated this 6th day of February, 2018.

                              Respectfully submitted,

                              *s/Jason Waddell*
                              Jason Waddell, OBA No. 30761
                              JASON WADDELL, PLLC
                              222 NW 13th Street
                              Oklahoma City, Oklahoma 73103
                              Telephone:   (405) 232-5291
                              Facsimile:   (405) 708-7871
                              Email: Jason@JasonWaddellLaw.com
                              **ATTORNEY FOR PLAINTIFF,**
                              **HITE PLASTICS, INC.**

*s/R. Thompson Cooper*
R. Thompson Cooper, OBA No. 15746
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:	(405) 606-3333
Facsimile:	(405) 606-3334
E-mail:	tom@pclaw.org
**ATTORNEYS FOR DEFENDANT,
SCOTTSDALE INSURANCE COMPANY**